UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Cause No : **2 : 1 1 C R   5 4** |
| | ) | |
| v. | ) | |
| | ) | 29 U.S.C. § 501(c) |
| ROBERT K. LAUERMANN | ) | |
| | ) | |

**INDICTMENT**

**THE GRAND JURY CHARGES:**

### COUNT 1

From in or around May of 2006 through in or around December of 2009, in the Northern District of Indiana,

### ROBERT K. LAUERMANN,

defendant herein, while an officer, that is, the secretary-treasurer of The Brotherhood of Locomotive Engineers Division 682, a labor organization engaged in an industry affecting commerce, did embezzle, steal, and unlawfully and willfully abstract and convert to his own use the moneys, funds, securities, property, and other assets of labor organization an amount over ten thousand ($10,000.00) dollars;

In violation of Title 29, United States Code, Section 501(c).

A TRUE BILL:

S/FOREPERSON
FOREPERSON

APPROVED BY:

DAVID CAPP
UNITED STATES ATTORNEY

By:  S/Randall M. Stewart
Randall M. Stewart
Assistant United States Attorney

FILED 2011 APR 7 PM 2:43